**WILLIAMS, S.**

v.

**PHILA. HOUSING AUTH.**

**958 CD 2016**

Commonwealth Court of Pennsylvania.

10/24/2017

Philadelphia County Civil Division, 160400574

Affirmed

**IN RE: SUNOCO PIPELINE LP**
**(Andover Homeowners'**
**Assn)**

**1780 CD 2016**

Commonwealth Court of Pennsylvania.

10/24/2017

Delaware County Civil Division, No. 2016–04343

Affirmed/Vacated/Remanded

**VOLPE, L.**

v.

**PSERB**

**1837 CD 2016**

Commonwealth Court of Pennsylvania.

10/24/2017

Public School Retirement Board, 2013–22

Vacated/Remanded

**CONSOL PA COAL, et al.**

v.

**WCAB (JOHNSON)**

**135 CD 2017**

Commonwealth Court of Pennsylvania.

10/24/2017

Workers' Compensation Appeal Board, A15–1347

Affirmed

**JANES, J.,**

v.

**PENNDOT**

**369 CD 2017**

Commonwealth Court of Pennsylvania.

10/24/2017

Delaware County Civil Division, No. 2016–07988

Reversed